Lawrence Ruiz, Esq.
Nevada Bar No. 11451
Andréa L. Vieira, Esq.
Nevada Bar No. 15667
**THE RUIZ LAW FIRM**
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada 89014
Phone: (702) 850.1717
Fax: (702) 850.1716
lawrence@lmruizlaw.com
andrea@lmruizlaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SARAH BAICK, individually, TINA LEE-VITANGELI, individually, <br><br> Plaintiffs, <br><br> v. <br><br> JEAN TSCHA, an individual, ASHLEY THOMAS, an individual, AMANDA YOUNG, an individual, ANDREW DUCAR, an individual, LAURIE CLARK, an individual, AUSTIN KOLLING, an individual; PROGRESSIVE DIRECT INSURANCE COMPANY, a Foreign Corporation; DOES 1 through 50, inclusive; and ROE ENTITIES 51 through 100, inclusive, DOE EMPLOYEES 101 through 150, inclusive; <br><br> Defendants. | Case No.:    2:26-cv-00236-JAD-BNW |

## <u>STIPULATION AND ORDER TO CONTINUE HEARING</u>

Pursuant to FRCP 6(b), the undersigned parties, through their respective counsel, hereby stipulate and agree to continue the hearing on Plaintiff's Motion to Remand currently scheduled for the stacked calendar on April 14, 2026, at 1:30 p.m. in LV Courtroom 6D before

-1-

Judge Jennifer A. Dorsey, for a period of 14 days to another date and time convenient to the Court.

Good cause exists for this continuance due to an unavoidable scheduling conflict for Plaintiffs' counsel. The request is made in good faith and not for purposes of delay.

Dated: <u>March 16, 2026</u>.

**THE RUIZ LAW FIRM**

By: */s/ Andréa L. Vieira*
    Andréa L. Vieira, Esq.
    Nevada Bar No. 15667
    1055 Whitney Ranch Drive, Suite 110
    Henderson, Nevada 89014
    *Attorneys for Plaintiff*

**KEATING LAW GROUP**

By: */s/  John T. Keating*
    John T. Keating, Esq.
    Nevada Bar No. 6373
    9130 West Russell Road, Suite 200,
    Las Vegas, Nevada 89148
    *Attorneys for Defendant*
    *Progressive Direct Insurance Company*

**IT IS ORDERED that the motion hearing  set for April 14, 2026, at 1:30 p.m. is vacated and continued to April 28, 2026, at 1:30 p.m.**

_____
United States District Judge

Dated: 3/19/2026 _____