JOHN T. KEATING
Nevada Bar No. 6373
**K E A T I N G** LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorney for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SARAH BAICK, individually, TINA LEE-VITANGELI, individually, | CASE NO.: 2:26-cv-00236-JAD-BNW |
| Plaintiffs, | |
| vs. | <u>STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' MOTION TO REMAND</u> |
| JEAN TSCHA, an individual; ASHLEY THOMAS, an individual; AMANDA YOUNG, an individual; ANDREW DUCAR, an individual; LAURIE CLARK, an individual; AUSTIN KOLLING, an individual; PROGRESSIVE DIRECT INSURANCE COMPANY, a foreign corporation; DOES 1 through 50, inclusive; ROE ENTITIES 51 through 100, inclusive; DOE EMPLOYEES 101 through 150, inclusive, | ECF No. 14 |
| Defendants. | |

Defendant Progressive Direct Insurance Company, and Plaintiffs Sarah Baick and Tina Lee-Vintangeli, by and through their respective counsel of record, hereby agree and stipulate as follows:

IT IS HEREBY STIPULATED AND AGREED that Defendant shall have an extension up to and including March 25, 2026 to file its response to Plaintiffs' Motion to Remand (Doc. 9). Defendant's counsel requests the above extension due to the fact that he was preparing for

1

a firm trial setting scheduled to begin on March 16, 2026 in the Eighth Judicial District Court but which has now settled and needs additional time to respond to the above-referenced motion.

DATED: March 16, 2026.

**K E A T I N G** LAW GROUP

/s/ John T. Keating
_____
John T. Keating, Esq.
Nevada Bar No. 6373
9130 W. Russell Road, Ste. 200
Las Vegas, NV  89148
Attorney for Defendants

DATED: March 16, 2026.

Ruiz Law Firm

/s/ Andrea L. Vieira
_____
Lawrence Ruiz, Esq.
Nevada Bar No. 11451
Andrea L. Vieira, Esq.
Nevada Bar No. 15667
1055 Whitney Ranch Drive, Ste. 110
Henderson, NV 89014
Attorneys for Plaintiffs

<u>ORDER</u>

IT IS HEREBY ORDERED:

That Defendant shall have an extension up to and including March 25, 2026 to file its response to Plaintiffs' Motion to Remand (Doc. 9).

_____
UNITED STATES DISTRICT JUDGE
3-25-26