**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Sarah Baick, individually; Tina Lee-Vitangeli, individually, <br><br> Plaintiffs <br><br> v. <br><br> Jean Tscha, an individual; Ashley Thomas, an individual; Amanda Young, an individual; Andrew Ducar, an individual; Laurie Clark, an individual; Austin Kolling, an individual; Progressive Direct Insurance Company, a foreign corporation; Does and Roes, <br><br> Defendants | Case No.: 2:26-cv-0236-JAD-BNW <br><br> **Remand Order** <br><br> [ECF Nos. 9, 18] |

Sarah Baick and Tina Lee-Vitangeli filed this insurance-coverage dispute based entirely on state-law claims in Nevada state court. Defendant Progressive Direct Insurance Company removed this case to this federal court under 28 U.S.C. § 1332 and 1441(b) based on diversity of citizenship.[1] Arguing *inter alia* that Progressive cannot show that this case meets the amount in controversy for federal jurisdiction, the plaintiffs move to remand.[2] For the reasons stated on the record during today's hearing on that motion to remand, IT IS HEREBY ORDERED that:

- Plaintiffs' Motion to Remand **[ECF No. 9] is GRANTED for want of subject-matter jurisdiction**; and

- The Clerk of Court is directed to **REMAND this case back to the Eighth Judicial District Court, Department 24, Case No. A-25-92964-C,** and CLOSE THIS CASE.

---

[1] ECF No. 1.

[2] ECF No. 9.

- All other motions pending in this federal action are DENIED without prejudice to their refiling in state court with necessary revisions to conform to state-court rules and include applicable state-law standards.  So **this case returns to state court with no motions pending.**

- **The Clerk of Court is directed to PRINT a copy of the docket sheet for this case and ATTACH it to the copy of this remand order mailed to the state court.**

Dated: April 28, 2026

_____

U.S. District Judge Jennifer A. Dorsey